No. 11–10634. AL TAWHEED, AKA ALI *v.* CITY OF SPRING-FIELD, MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 11–10635. WALTON *v.* TUCKER, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–10636. MARKOU *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–10637. PRITT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10638. MACIAS-MUNOZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10639. LEE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 11–10640. MCGEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10641. MELVIN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10642. FREEMAN *v.* TUCKER, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 11–10643. HALL *v.* BRUNSMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10644. GOUVEIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10645. GARDNER *v.* ROMANOWSKI, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10646. L. F. *v.* CUYAHOGA COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 11–10647. BRADLEY *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.